FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2022

No. 04-22-00387-CR

**EX PARTE** Franklin Jose Velasquez **MARTINEZ**,

From the County Court, Kinney County, Texas
Trial Court No. 10369CR
Honorable Roland Andrade, Judge Presiding

# O R D E R

Appellant filed an "Emergency Motion for Temporary Stay of Proceedings" on July 18, 2002 seeking to stay his criminal trial scheduled for August 8, 2022. We GRANT the motion and ORDER all trial court proceedings in Trial Court Cause No. 10369-CR pending in Kinney County Court, including the trial setting of August 8, 2022, STAYED pending the disposition of this appeal.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court